GEORGE SACK, RESPONDENT, v. CITY OF OCEAN CITY, APPELLANT.

Submitted October 25, 1940—Decided January 3, 1941.

For the respondent, *Alexander K. Blatt.*

For the appellant, *John E. Boswell* and *French B. Loveland.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 10.